WILKINSON v. WILKINSON

No. 800P85.

Case below: 77 N.C. App. 846.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 18 February 1986.